## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**KAYLA M. LEE**                                                                                                         **PLAINTIFF**

**v.**                                                                                          **CAUSE NO. 1:19CV678-LG-LGI**

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                             **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the [17] Report and

Recommendation of United States Magistrate Judge LaKeysha Greer Isaac on

February 5, 2021.  The Court, having adopted said Report and Recommendation as

the finding of this Court by Order entered this date, finds that this matter should be

dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [17] Report

and Recommendations of the Magistrate Judge is **ADOPTED** as the opinion of this

Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [13] Motion to

Affirm the Commissioner's Decision is **GRANTED**.  The decision of the

Commissioner is **AFFIRMED** and this case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 17th day of March, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE